AMERICAN FIDELITY COMPANY, Respondent, *v.* MICHAEL J. LEAHY, Appellant.

*Principal and surety — action to recover premium on surety bond — defense that plaintiff was a foreign corporation and that its authority to do business in this state had terminated.*

*American Fidelity Co.* v. *Leahy*, 189 App. Div. 242, affirmed.

(Submitted April 21, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1919, which affirmed a determination of the Appellate Term modifying and affirming as modified a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was brought by the plaintiff, a foreign insurance corporation, to recover the second year's premium alleged to have been earned by it for acting as one of the sureties (to the extent of $25,000) on a bond given by the defend-

ant January 4, 1916, in the sum of $100,000, to secure the faithful performance of a contract entered into by him with the Interborough Rapid Transit Company for the construction of a portion of a subway in the city of New York. The defense was that the plaintiff was a foreign corporation organized under the laws of Vermont, and that while it was authorized by certificate of the superintendent of insurance to do business here when the bond was executed, its authority existing at that time terminated on April 30, 1916, and was only extended until October 23, 1916, after which date it was not authorized to do business in this state.

*Abram J. Rose* and *William K. Hartpence* for appellant.
*Thomas J. Blake* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.